UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR00550JCH (AGF) |
| ) | |
| CARLOS BRYANT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On Motion of Defendant and for good cause shown, Defendant shall have until March 24, 2010 to file the psychological evaluation.

Dated this 23rd day of February, 2010.

*(signature)*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE