UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR00550 JCH (AGF) |
| ) | |
| CARLOS BRYANT, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING MENTAL COMPETENCY

This matter came before the Court on the motion of the Defendant for an examination pursuant to 18 U.S.C. § 4241(a), to determine the mental competency of Defendant Carlos Bryant to understand the nature and consequences of the proceedings and assist properly in his defense. An examination was ordered pursuant to 18 U.S.C. §§ 4241(b) and 4247 [Doc. #30]. At Defendant's request, the examination was conducted by Dr. Richard G. Scott, Ph.D., a private, properly licensed/certified psychologist as set forth in 18 U.S.C. § 4247(b). On April 19, 2010, a report of the examination by Richard G. Scott, Ph.D., was filed pursuant to 18 U.S.C. § 4247(c). [Doc. #50, filed under seal].

On April 27, 2010, a hearing was held pursuant to 18 U.S.C. § 4247(d). Defendant was present and represented by his attorney, Assistant Federal Public Defender Felicia Jones. The government was represented by Assistant United States Attorney Dean J. Sauer. Both parties had received and reviewed copies of Dr. Scott's report. Neither party had any objections to the report, and neither party believed there was a need for any further testing. Having reviewed the report of Dr. Scott, in which he

concludes that Defendant is able to understand and appreciate the nature and consequences of the proceeding and to assist properly in his own defense, and based on the representations of counsel and this Court's own observations of and discussions with Defendant,

**IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. §§ 4241(a) and (d), that Defendant be adjudged mentally competent to stand trial, based on this Court's findings that Defendant is mentally competent to stand trial and is able to understand the nature and consequences of the proceedings and assist properly in his own defense.

**IT IS FURTHER ORDERED** that the stay previously entered in this cause is hereby lifted. Defendant shall have until **Tuesday, May 4, 2010**, to file any pretrial motions or waiver of motions, and the government shall have until **May 11, 2010** to respond. The Court shall hold an evidentiary hearing on any pretrial motions or waiver of motions on **Thursday, May 13, 2010, at 1:30 p.m.** Defendant is required to attend.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 27th day of April, 2010.