UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
      Plaintiff,                )
                                    )
  vs.                            )   Case No. 4:09CR00550JCH (AGF)
                                    )
CARLOS BRYANT,                      )
                                    )
      Defendant.               )

## ORDER AND SPEEDY TRIAL FINDING

     This matter came before the Court on this date for a Pretrial/Evidentiary Hearing.  At the hearing Defendant requested additional time to retain his own counsel and asked that the Pretrial/Evidentiary Hearing be continued for an additional two weeks.  Accordingly,

     **IT IS HEREBY ORDERED** that Defendant oral request for additional time is granted, and the Pretrial/Evidentiary Hearing is continued to **Thursday, May 27, 2010 at 10:30 a.m.**

     **Speedy Trial Finding:**  For the reasons set out in Defendant's oral request, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective negotiation and handling of the case, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the additional time granted herein to Defendant is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

                          *Audrey G. Fleissig*
                         AUDREY G. FLEISSIG
                         UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of May, 2010.